IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN QUISPE CAYTUIRO, | : | |
| | : | |
| *Petitioner* | : | |
| | : | CASE NO. 2:25-cv-7396-KNS |
| v. | : | |
| | : | |
| J. L. JAMISON, ET AL. | : | |
| | : | |
| *Respondents.* | *:* | |

## STIPULATION AND ORDER

Petitioner is non-citizen who has been detained by immigration authorities since December 29, 2025. Petitioner filed this action for a writ of habeas corpus on December 30, 2025 (Doc. No. 1). The respondents filed an opposition to the petition on January 7, 2026 (Doc. No. 4).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the emergency petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED that the Court will decide the petition on the papers.

1

Dated:  January 13, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Jose C. Campos
JOSE C. CAMPOS
Law Office of Jose Campos
251 East Broad Street
Bethlehem, PA 18018
Office: 610-868-2230
jc@jccamposlaw.com

Counsel for Petitioner

/s/ Susan R. Becker
SUSAN R. BECKER
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8310
Susan.becker@usdoj.gov

Counsel for Respondents

**BY THE COURT**

Date: 1/13/26

KAI N. SCOTT
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing

Stipulation and Order was filed electronically and is available for viewing and

downloading from the ECF system.

*/s/ Susan R. Becker*
SUSAN R. BECKER
Assistant United States Attorney

January 13, 2026