IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN QUISPE CAYTUIRO** : | |
| : | |
| *Petitioner,* : | |
| : | |
| v. : | CIVIL NO. 25-7396 |
| : | |
| **JL JAMISON et al.** : | |
| : | |
| *Respondents.* : | |

## ORDER

**AND NOW,** this **16th** day of **January 2026,** upon consideration of Mr. Quispe Caytuiro's Petition for a Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 3), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Quispe Caytuiro from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on January 16, 2026.

2. The Government is enjoined from detaining Mr. Quispe Caytuiro under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Motion for Temporary Restraining Order is **DENIED** as moot.

4. The Clerk of Court shall mark this case closed.

BY THE COURT:

*/S/ Kai N. Scott*
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**