**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEVIN QUISPE CAYTUIRO, | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **CIVIL NO. 25-7396** |
| | : | |
| JAMAL L. JAMISON et al., | : | |
| *Respondents.* | : | |
| | : | |

**ORDER**

**AND NOW,** this **1st** day of **May 2026**, upon consideration of the Parties' Stipulation Extending the Time for the Government to Respond to the Motion for Attorney Fees (ECF No. 12), it is hereby **ORDERED** that Respondents' deadline to file their Response to the Motion for Attorney Fees is extended to **June 30, 2026.**

**BY THE COURT:**

_/S/ Kai N. Scott_____
**HON. KAI N. SCOTT**
**United States District Court Judge**