## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN QUISPE CAYTUIRO,<br>*Petitioner,* | : <br> : <br> : |
| v. | : CIVIL NO. 25-7396 <br> : |
| J.L. JAMISON et al.,<br>*Respondents.* | : <br> : <br> : <br> : |

## ORDER

**AND NOW,** this **9th** day of **July 2026,** upon consideration of Petitioner's Motion for Attorneys' Fees (ECF No. 11), it is hereby **ORDERED** that the Motion is **GRANTED**. Respondents are **ORDERED** to pay Petitioner's attorneys' fees in the amount of **$10,693.61**.

BY THE COURT:

_____

**HON. KAI N. SCOTT**
**United States District Court Judge**